# IN THE SUPREME COURT OF THE STATE OF NEVADA

JANA LYNN BRIGHTMAN,
          Appellant,

vs.

BRYON CHRISTOPHER BRIGHTMAN,
          Respondent.

No. 71519

**FILED**

DEC 23 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On November 18, 2016, appellant filed a notice of voluntary dismissal of appeal in this matter. Thereafter, on November 21, 2016, the settlement judge filed a Settlement Program Early Case Assessment Report indicating that this case is appropriate for the program; however, he noted that mediation would not be scheduled until late January 2017. Because it was unclear whether this matter should remain in the settlement program or be dismissed, on November 23, 2016, appellant was ordered to inform this court within ten days of the status of this matter.

To date, appellant has not responded to our order or otherwise communicated with this court. Accordingly, cause appearing, we dismiss this appeal. NRAP 42.

It is so ORDERED.


, C.J.

16 - 40087

cc:   Hon. Mathew Harter, District Judge
James J. Jimmerson, Settlement Judge
David L. Mann
John C. Wawerna
Kurt D. Anderson
Jana Lynn Brightman
Eighth District Court Clerk